**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

Criminal Case No.: 12-CR-00211-WJM

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. ROGER CHASE BRASSARD,**

**Defendant.**

---

**REVISED ORDER FOR RELEASE FROM CUSTODY**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      The Court previously ordered that the Defendant be released from custody on June 27, 2012 at 9:30 a.m. to be immediately transported to Peaceful Spirits in Ignacio, Colorado by the U. S. Marshal's Service.

      The U. S. Marshal's Service is unable to transport the Defendant as previously ordered, therefore:

      **IT IS HEREBY ORDERED** that the Defendant be released from custody on June 27, 2012 at 10:00 a.m. to be immediately picked up and transported directly to Peaceful Spirits in Ignacio, Colorado by Tommy Montoya an employee of Peaceful Spirits.

      **DATED:   June 26, 2012.**

                                      **BY THE COURT:**

                                      **s/David L. West**
                                      **United States Magistrate Judge**